## Certificate of Service

District/Off: 0101-1        User: kpm                          Date printed: 12/14/2009
Case: 09-22089              Form ID: oupdt11    Total: 1

db  A & S Realty Limited LLC  201 Main St., 2nd Fl.  Charlestown, MA 02129

DEC 15'09 AM 8:03 USB