UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A&S Realty Limited LLC, ) | CHAPTER 11 |
| ) | CASE NO. 09-22089 |
| Debtor. ) | |
| ) | |

NOTICE OF APPEARANCE AND REQUEST FOR ALL
NOTICES, ORDERS AND PLEADINGS

I, Howard B. D'Amico, Esquire, of the firm of D'Amico & Chenelle, enter my appearance as counsel for Kenneth Nascondiglio, a Creditor and party-in-interest, in the above-entitled proceeding.

Pursuant to LBR 9010-3 (c) and rules 2002 and 9010 of the Federal Bankruptcy Rules, I hereby request that I receive copies of all orders entered in this case, copies of all papers and notices given or required to be given in the case to parties in interest and creditors, and that I be advised, by telephonic notice if necessary, of all hearings to obtain emergency relief.

    Respectfully submitted by,
    KENNETH NASCONDIGLIO
    By His Attorney


    /s/ Howard B. D'Amico
    Howard B. D'Amico (BBO# 553420)
    D'AMICO & CHENELLE
    33 Waldo Street
    Worcester, MA 01608
    (508) 793-1606

Dated:   December 17, 2009

<u>CERTIFICATE OF SERVICE</u>

      I, HOWARD B. D'AMICO, ESQUIRE, do hereby certify that on this 17th day of December, 2009, I caused to be served a copy of the foregoing Notice of Appearance and Request for all Notices, Orders and Pleadings with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

U.S. Bankruptcy Court

Office of the United States Trustee

John Fitzgerald, Esq., Chapter 11 Trustee


I certify that I have mailed by first class, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Debtor:
A&S Realty Limited LLC
201 Main Street
Charleston, MA 02129


                                                          /s/ Howard B. D'Amico_____
                                                           Howard B. D'Amico